AO 10
Rev. 1/2017

# FINANCIAL DISCLOSU...
## FOR CALENDAR Y...

| 1. Person Reporting (last name, first, middle initial) | 2. Court or C... |
|---|---|
| Smith, Jr., Milan D. | Ninth Circu... |

**4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)

Circuit Judge

**5a. Report T...**

☐ Nomi...

☐ Initial

**5b.** ☐ A...

**7. Chambers or Office Address**

United States Court of Appeals
Suite 2325, 222 N Sepulveda Bl
El Segundo, California 90245

***IMPORTANT NOTES:*** *The instructions accomp...*
*checking the NONE box for each part w...*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ **NONE** *(No reportable positions.)*

## POSITION

1.

**Name of Per**

**Smith, Jr.,**

## III. NON-INVESTMENT INCOME. *(Reporting individual and s*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

|  | DATE | SOURCE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income – *If you were married during any porti*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

|  | DATE | SOURCE |
|---|---|---|
| 1. 2016 | | Self Employed Attorney |

Name of Pers

Smith, Jr.,

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing i*

☑ NONE *(No reportable gifts.)*

|  | SOURCE | DESC |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. :*

 NONE *(No reportable liabilities.)*

|  | CREDITOR | DESC |
|---|---|---|
| 1. | | |

**Name of Pers**

**Smith, Jr.,**

## VII. INVESTMENTS and TRUSTS – *income, value, transaction*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | Gross<br>of rep |
|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) |
| 1. General Electric Co. | B | Dividend | K |
| 2. Intuitive Surgical Inc. | | None | K |
| 3. | | | |
| 4. | | | |
| 5. American Tower Corp CL A | A | Dividend | K |
| 6. Devon Energy Corp New | | None | |
| 7. Pepsico Incorporated | B | Dividend | K |

**Name of Pers**

**Smith, Jr.,**

## VII. INVESTMENTS and TRUSTS  _-- income, value, transaction_

☐  NONE _(No reportable income, assets, or transactions.)_

| A  Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B  Income during reporting period | | Gross of rep |
|---|---|---|---|
| | (1)  Amount Code 1  (A-H) | (2)  Type (e g , div , rent, or int ) | (1)  Value Code 2  (J-P) |
| 18. | | | |
| 19. AGNC Investment Corp (Formerly American Capital Agency Corp) | D | Dividend | |
| 20. | | | |
| 21. | | | |
| 22. Williams Partners LP Com Unit Ltd Part Int | B | Distribution | K |
| 23. Ishares Trust Barclays 1-3 Yr. Treasury Bd FD | B | Dividend | N |
| 24. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 05/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. | | | | | Buy (add'l) | 07/16/16 | J | | |
| 36. Ishares Barclays 1-3 YR Credit Bond Fund ETF | C | Dividend | N | T | Buy (add'l) | 06/30/16 | J | | |
| 37. | | | | | Buy (add'l) | 07/19/16 | J | | |
| 38. Ishares Core US Credit Bond (FKA Ishares Trst Barclay Credit Bond ETF) | C | Dividend | L | T | Sold (part) | 03/04/16 | J | A | |
| 39. | | | | | Sold (part) | 06/24/16 | K | C | |
| 40. | | | | | Sold (part) | 09/14/16 | J | A | |
| 41. | | | | | Sold (part) | 10/13/16 | J | A | |
| 42. | | | | | Sold (part) | 12/02/16 | K | B | |
| 43. Ameren Corp | B | Dividend | K | T | Sold (part) | 02/24/16 | J | B | |
| 44. | | | | | Sold (part) | 06/24/16 | J | C | |
| 45. Abbott Laboratories | A | Dividend | K | T | Sold (part) | 06/24/16 | J | A | |
| 46. Enterprise Products Partners LP | B | Dividend | K | T | | | | | |
| 47. Blackrock Income Trust Inc | B | Dividend | K | T | Sold (part) | 12/02/16 | J | A | |
| 48. Gabelli Dividend & Income Fund | D | Dividend | M | T | Sold (part) | 04/28/16 | J | A | |
| 49. Eli Lilly & Co | A | Dividend | K | T | Sold (part) | 03/17/16 | J | A | |
| 50. | | | | | Sold (part) | 04/13/16 | J | A | |
| 51. | | | | | Sold (part) | 10/13/16 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 05/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. H & Q Healthcare Investors SBI | B | Dividend | K | T | | | | | |
| 53. Managed Duration Invt Grade Mun FD | B | Dividend | K | T | | | | | |
| 54. Ishares TR S&P Short Term Natl Amtfr | A | Dividend | L | T | Buy<br>(add'l) | 10/13/16 | K | | |
| 55. Textron Inc | A | Dividend | J | T | Buy<br>(add'l) | 03/17/16 | J | | |
| 56. | | | | | Sold<br>(part) | 01/27/16 | J | A | |
| 57. Vanguard Scottsdale Funds Vanguard Short Term Corp Bond ETF | D | Dividend | N | T | Buy<br>(add'l) | 03/04/16 | L | | |
| 58. | | | | | Buy<br>(add'l) | 10/13/16 | J | | |
| 59. | | | | | Sold<br>(part) | 05/05/16 | J | A | |
| 60. BlackRock Credit Allocation | D | Dividend | L | T | Sold<br>(part) | 02/24/16 | J | A | |
| 61. | | | | | Sold<br>(part) | 05/31/16 | J | A | |
| 62. | | | | | Sold<br>(part) | 09/13/16 | J | A | |
| 63. | | | | | Sold<br>(part) | 11/01/16 | J | A | |
| 64. | | | | | Sold<br>(part) | 11/10/16 | J | A | |
| 65. Ishares Trust S&P Global Info Technology Sector Index Fund | B | Dividend | M | T | Sold<br>(part) | 01/12/16 | J | A | |
| 66. | | | | | Sold<br>(part) | 02/24/16 | J | B | |
| 67. | | | | | Sold<br>(part) | 03/04/16 | J | A | |
| 68. | | | | | Sold<br>(part) | 11/01/16 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 05/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. Calamos Global Dynamic Income Fund | D | Dividend | L | T | Buy<br>(add'l) | 05/05/16 | K | | |
| 70. | | | | | Sold<br>(part) | 05/05/16 | K | A | |
| 71. | | | | | Sold<br>(part) | 11/10/16 | J | A | |
| 72. Corning Inc | B | Dividend | L | T | Sold<br>(part) | 04/13/16 | J | A | |
| 73. | | | | | Sold<br>(part) | 05/31/16 | J | A | |
| 74. | | | | | Sold<br>(part) | 08/16/16 | J | A | |
| 75. | | | | | Sold<br>(part) | 11/08/16 | J | A | |
| 76. Koninklijke Philips Electrs N V Sponsored ADR New 2000 | B | Dividend | K | T | Sold<br>(part) | 06/24/16 | J | A | |
| 77. | | | | | Sold<br>(part) | 08/16/16 | J | A | |
| 78. | | | | | Sold<br>(part) | 10/12/16 | J | A | |
| 79. Columbia Fds Ser TR IX Tax Exempt FD CL A | B | Dividend | K | T | | | | | |
| 80. Ishares TR 2016 S&P AMT Free Municipal Ser Fd | A | Dividend | | | Sold | 05/03/16 | K | A | |
| 81. Ishares TR 2017 S&P AMT Free Municipal Ser Fd | A | Dividend | K | T | | | | | |
| 82. Gabelli Healthcare & Wellness Trust | C | Dividend | K | T | Sold<br>(part) | 01/12/16 | J | A | |
| 83. | | | | | Sold<br>(part) | 04/13/16 | J | A | |
| 84. BlackRock Equity Dividend Trust | C | Dividend | L | T | Sold<br>(part) | 01/12/16 | J | A | |
| 85. | | | | | Sold<br>(part) | 03/18/16 | J | A | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 05/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 09/13/16 | J | A | |
| 87. Centerpoint Energy Inc. | A | Dividend | J | T | Buy (add'l) | 03/17/16 | J | | |
| 88. | | | | | Sold (part) | 03/11/16 | J | A | |
| 89. American Electric Power Co Inc | A | Dividend | J | T | Sold (part) | 03/02/16 | J | A | |
| 90. | | | | | Sold (part) | 03/17/16 | J | A | |
| 91. | | | | | Sold (part) | 04/13/16 | J | A | |
| 92. | | | | | Sold (part) | 07/07/16 | J | A | |
| 93. Pimco ETF TR Enhanced Short Maturity | C | Dividend | N | T | Buy (add'l) | 03/11/16 | K | | |
| 94. | | | | | Sold (part) | 04/13/16 | J | A | |
| 95. Southern Co | A | Dividend | K | T | Sold (part) | 05/31/16 | J | A | |
| 96. Ishares TR Dow Jones SEL Divid Index FD | A | Dividend | K | T | | | | | |
| 97. FirstEnergy Corp | A | Dividend | J | T | Sold (part) | 07/20/16 | J | A | |
| 98. Sempra Energy | A | Dividend | K | T | Sold (part) | 05/31/16 | J | A | |
| 99. | | | | | Sold (part) | 07/07/16 | J | A | |
| 100. Anworth Mortgage Asset Corp | D | Dividend | L | T | Buy | 02/02/16 | J | | |
| 101. | | | | | Buy (add'l) | 02/05/16 | K | | |
| 102. | | | | | Buy (add'l) | 02/24/16 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 05/04/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 05/05/16 | J | | |
| 104. | | | | | Buy (add'l) | 06/24/16 | J | | |
| 105. Frontier Communications Corp | C | Dividend | K | T | Buy (add'l) | 03/17/16 | J | | |
| 106. | | | | | Buy (add'l) | 11/08/16 | J | | |
| 107. | | | | | Buy (add'l) | 11/10/16 | J | | |
| 108. | | | | | Sold (part) | 03/02/16 | J | A | |
| 109. | | | | | Sold (part) | 08/16/16 | J | A | |
| 110. Eaton Vance Risk Managed Global Diversified Equity Income | B | Dividend | K | T | Buy (add'l) | 07/19/16 | J | | |
| 111. Eaton Vance Tax Managed Global Diversified Equity Income | | None | K | T | | | | | |
| 112. Hollyfrontier Corporation | | None | | | Sold | 02/03/16 | J | A | |
| 113. Intel Corp | B | Dividend | L | T | Sold (part) | 10/12/16 | J | A | |
| 114. Abbvie Inc. (Spinoff of Abbott Laboratories) | B | Dividend | K | T | Sold (part) | 03/17/16 | J | A | |
| 115. | | | | | Sold (part) | 08/16/16 | J | A | |
| 116. | | | | | Sold (part) | 08/19/16 | J | A | |
| 117. Merck & Co. Inc. | B | Dividend | L | T | Sold (part) | 06/24/16 | J | A | |
| 118. | | | | | Sold (part) | 08/19/16 | J | A | |
| 119. Air Lease Corporation | A | Dividend | K | T | Sold (part) | 01/20/16 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 05/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Eaton Vance California Municipal Bond Fund | C | Dividend | K | T | Sold (part) | 02/24/16 | J | A | |
| 121. | | | | | Sold (part) | 05/02/16 | J | A | |
| 122. | | | | | Sold (part) | 08/19/16 | J | A | |
| 123. | | | | | Sold (part) | 09/14/16 | J | A | |
| 124. Ishares 2018 AMT Free Muni Term ETF | A | Dividend | K | T | | | | | |
| 125. Conagra Foods Inc. | A | Dividend | K | T | Sold (part) | 03/17/16 | J | A | |
| 126. | | | | | Sold (part) | 04/13/16 | J | A | |
| 127. | | | | | Sold (part) | 05/31/16 | J | A | |
| 128. | | | | | Sold (part) | 10/31/16 | J | A | |
| 129. Discover Financial Services | | None | | | Sold | 01/20/16 | J | A | |
| 130. Citigroup Inc Com | A | Dividend | J | T | Buy (add'l) | 12/07/16 | J | | |
| 131. | | | | | Sold (part) | 02/05/16 | J | A | |
| 132. Neuberger Berman Real Estate Securities Income Fund | B | Dividend | K | T | Sold (part) | 01/12/16 | J | A | |
| 133. | | | | | Sold (part) | 09/13/16 | J | A | |
| 134. Sunedison Inc | | None | | | Sold (part) | 01/12/16 | J | A | |
| 135. | | | | | Sold | 01/15/16 | J | A | |
| 136. Money Mkt Obligs Tr Federated Prime Obligs FD | A | Dividend | | | Closed | 09/30/16 | O | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes: | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 05/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Ishares 3 to 7 Year Treasury Bond ETF | C | Dividend | N | T | Buy (add'l) | 08/30/16 | J | | |
| 138. | | | | | Sold (part) | 05/05/16 | J | A | |
| 139. | | | | | Sold (part) | 06/24/16 | J | A | |
| 140. | | | | | Sold (part) | 07/19/16 | J | A | |
| 141. Ishares US ETF Tr Short Term Maturity Bond ETF | C | Dividend | N | T | Buy (add'l) | 05/31/16 | L | | |
| 142. | | | | | Buy (add'l) | 06/24/16 | L | | |
| 143. One Gas Inc. | A | Dividend | K | T | Sold (part) | 01/20/16 | J | A | |
| 144. | | | | | Sold (part) | 02/24/16 | J | B | |
| 145. Ishares Tr 0-5 Yr Invt Grade Corp Bd ETF | A | Dividend | L | T | | | | | |
| 146. SPDR Nuveen Barclays California Municipal Bond ETF | B | Dividend | | | Sold | 09/02/16 | L | C | |
| 147. Nuveen California AMT Free Municipal Income Fund | B | Dividend | K | T | | | | | |
| 148. SPDR Nuveen Barclays Short Term Municipal Bond ETF | A | Dividend | K | T | Buy | 03/04/16 | L | | |
| 149. | | | | | Sold (part) | 03/16/16 | J | A | |
| 150. Ishares Gold Trust | | None | K | T | Buy | 09/21/16 | J | | |
| 151. | | | | | Buy (add'l) | 09/30/16 | J | | |
| 152. | | | | | Buy (add'l) | 10/31/16 | J | | |
| 153. | | | | | Buy (add'l) | 12/21/16 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 05/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154.  Central Fund of Canada LTD CL-A Non Voting Shares | A | Dividend | K | T | Buy (add'l) | 02/24/16 | J | | |
| 155. | | | | | Buy (add'l) | 03/17/16 | J | | |
| 156. | | | | | Buy (add'l) | 04/13/16 | J | | |
| 157. | | | | | Buy (add'l) | 05/02/16 | J | | |
| 158. | | | | | Buy (add'l) | 05/31/16 | J | | |
| 159. | | | | | Buy (add'l) | 08/19/16 | J | | |
| 160. | | | | | Sold (part) | 12/21/16 | K | A | |
| 161.  Pimco Intermediate Municipal Bond Active Exchange Traded Fund | A | Dividend | K | T | Buy (add'l) | 06/30/16 | J | | |
| 162.  Alps ETF TR Alerian MLP | A | Dividend | J | T | Buy | 08/11/16 | J | | |
| 163. | | | | | Buy (add'l) | 12/07/16 | J | | |
| 164.  Pattern Energy Group Inc Class A | A | Dividend | J | T | Buy | 04/28/16 | J | | |
| 165. | | | | | Buy (add'l) | 05/05/16 | J | | |
| 166. | | | | | Buy (add'l) | 06/24/16 | J | | |
| 167. | | | | | Buy (add'l) | 07/06/16 | J | | |
| 168. | | | | | Buy (add'l) | 10/12/16 | J | | |
| 169. | | | | | Sold (part) | 12/02/16 | K | A | |
| 170.  Kinder Morgan Inc | | None | | | Sold | 01/12/16 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Centurylink Inc | B | Dividend | K | T | Buy (add'l) | 05/05/16 | J | | |
| 172. Northern Tier Energy LP | A | Dividend | | | Buy (add'l) | 02/24/16 | J | | |
| 173. | | | | | Sold (part) | 03/11/16 | J | A | |
| 174. | | | | | Sold | 04/06/16 | K | A | |
| 175. Communications Sales & Leasing Inc Com (Spinoff of Windstream Corp) | B | Dividend | K | T | Buy | 04/28/16 | J | | |
| 176. | | | | | Buy (add'l) | 05/05/16 | J | | |
| 177. | | | | | Buy (add'l) | 06/24/16 | J | | |
| 178. | | | | | Buy (add'l) | 07/06/16 | J | | |
| 179. | | | | | Buy (add'l) | 12/02/16 | J | | |
| 180. | | | | | Sold (part) | 12/02/16 | J | A | |
| 181. Bank of Nova Scotia | A | Dividend | J | T | Sold (part) | 04/28/16 | J | A | |
| 182. | | | | | Sold (part) | 08/30/16 | J | A | |
| 183. Annaly Capital Management Inc | | None | | | Buy | 07/06/16 | J | | |
| 184. | | | | | Sold (part) | 07/18/16 | J | A | |
| 185. | | | | | Sold | 12/15/16 | J | A | |
| 186. Vanguard Calif Tax Free Intermediate Term Tax Exempt Fund | B | Dividend | K | T | Buy (add'l) | 01/12/16 | K | | |
| 187. | | | | | Buy (add'l) | 03/17/16 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 05/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold (part) | 12/28/16 | K | A | |
| 189. Eaton Corporation | A | Dividend | J | T | Buy | 03/17/16 | J | | |
| 190. Vanguard Short Term Government Bond ETF | B | Dividend | N | T | Buy (add'l) | 02/24/16 | M | | |
| 191. | | | | | Buy (add'l) | 03/02/16 | K | | |
| 192. | | | | | Buy (add'l) | 05/05/16 | L | | |
| 193. | | | | | Buy (add'l) | 07/20/16 | K | | |
| 194. | | | | | Buy (add'l) | 08/19/16 | L | | |
| 195. | | | | | Sold (part) | 12/28/16 | K | A | |
| 196. US Govt Money Market Fund RBS Reserve Class | A | Dividend | M | T | | | | | |
| 197. Transamerica Advisors: Whole Life Insurance Policy | | None | K | T | | | | | |
| 198. Aurora National Life Assurance: Whole Life Insurance Policy | | None | K | T | | | | | |
| 199. Metlife: Whole Life Insurance Policy | A | Dividend | J | T | | | | | |
| 200. Lamb Weston Holdings Inc Common Stock (Spinoff of Conagra Foods Inc.) | A | Dividend | J | T | Spinoff (from line 125) | 11/10/16 | J | | |
| 201. | | | | | Sold (part) | 11/10/16 | J | A | |
| 202. Orbital Atk Inc Com | A | Dividend | J | T | Buy | 10/13/16 | J | | |
| 203. | | | | | Buy (add'l) | 12/07/16 | J | | |
| 204. Tsakos Energy Navig USD1 | A | Dividend | J | T | Buy | 05/31/16 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D. | 05/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205. | | | | | Buy<br>(add'l) | 06/01/16 | J | | |
| 206. | | | | | Buy<br>(add'l) | 06/30/16 | J | | |
| 207. | | | | | Buy<br>(add'l) | 08/30/16 | J | | |
| 208. | | | | | Sold<br>(part) | 09/13/16 | J | A | |
| 209. Vaneck Vectors ETF TR Gold Miners ETF | | None | J | T | Buy | 12/20/16 | J | | |
| 210. Alps ETF TR Sprott Gold Miners ETF | A | Dividend | K | T | Buy | 02/05/16 | J | | |
| 211. | | | | | Buy<br>(add'l) | 02/24/16 | J | | |
| 212. | | | | | Buy<br>(add'l) | 03/17/16 | J | | |
| 213. | | | | | Buy<br>(add'l) | 04/13/16 | J | | |
| 214. | | | | | Buy<br>(add'l) | 05/05/16 | J | | |
| 215. | | | | | Buy<br>(add'l) | 06/30/16 | J | | |
| 216. | | | | | Sold<br>(part) | 12/20/16 | J | A | |
| 217. Euronav NV | B | Dividend | K | T | Buy | 05/31/16 | J | | |
| 218. | | | | | Buy<br>(add'l) | 06/01/16 | J | | |
| 219. | | | | | Buy<br>(add'l) | 06/24/16 | J | | |
| 220. | | | | | Buy<br>(add'l) | 07/06/16 | J | | |
| 221. | | | | | Buy<br>(add'l) | 08/19/16 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

Name of Pers

Smith, Jr.,

## VII. INVESTMENTS and TRUSTS -- *income, value, transaction*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | Gross<br>of rep |
|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) |
| 222. | | | |
| 223. | | | |
| 224. Vanguard Scottsdale Funds Vanguard Intermediate-Term | A | Dividend | |
| 225. | | | |
| 226. SPDR Ser TR S&P Biotech ETF | A | Dividend | J |
| 227. | | | |
| 228. Franco-Nevada Corporation | | None | J |

Name of Pers

Smith, Jr.,

## VIII. ADDITIONAL INFORMATION OR EXPLAN

Name of Pers

Smith, Jr.,

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining
accurate, true, and complete to the best of my knowledge and belief, and that a
provisions permitting non-disclosure.

I further certify that earned income from outside employment and honora
compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, a

Signatur

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSI
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)